IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA SHAY, | ) | CIVIL ACTION NO. 2:09-cv-991 |
| | ) | |
| Plaintiff, | ) | JUDGE CERCONE |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| GATEWAY HEALTH PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

### DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Gateway Health Plan, Defendant, in the above-captioned action, certifies that the following are corporate parents of Defendant:  Highmark, Inc. and Mercy Health Plan.

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania, Defendant further certifies that although neither owner of Gateway Health Plan® is publicly traded, both Highmark, Inc. and a corporate parent of Mercy Health Plan, Catholic Health East, have public debt offerings.

Dated:  May 13, 2010

Respectfully submitted,

JACKSON LEWIS LLP

*/s/ Sunshine R. Fellows*
Donna J. Geary
PA I.D. No. 62152
*gearyd@jacksonlewis.com*
Sunshine R. Fellows
PA I.D. No. 87632
fellows@jacksonlewis.com

One PPG Place, 28th Floor
Pittsburgh, PA  15222-5414
Telephone:  (412) 232-0404
Facsimile:  (412) 232-3441

*Counsel for Defendant*
*Gateway Health Plan*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sunshine R. Fellows
Donna J. Geary
Pa. I.D. No. 62152
JACKSON LEWIS LLP
28th Floor One PPG Place
Pittsburgh, PA  15222
Phone:  (412) 232-0404
Fax:  (412) 232-3441
*gearyd@jacksonlewis.com*

*Counsel for Defendant*
*Gateway Health Plan*